IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MYERS, | No. 4:22-CV-00481 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MS. MUSHTAQ, *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 28, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Mushtaq's motion for summary judgment, Doc. 25, is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendant Mushtaq and against Plaintiff.

3. Defendants, Ms. Gerson, Ms. Riley, and Ms. Thomas are dismissed from the above captioned action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Plaintiff's motion for injunctive relief, Doc. 65 is **DENIED**.

5. Plaintiff's motion for reconsideration, Doc. 90, is **DEEMED** withdrawn for failure to timely file a brief in support of said motion in accordance with L.R. 7.5.

6. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge